TROY Y. NELSON, WSBA No. 27274
PAINE HAMBLEN LLP
717 West Sprague Avenue, Suite 1200
Spokane, Washington  99201-3505
Telephone:  (509) 455-6000
Facsimile:  (509) 838-0007
troy.nelson@painehamblen.com

AUSEY H. ROBNETT, *Pro Hac Vice*
PAINE HAMBLEN LLP
701 Front Avenue, Suite 101
Coeur d'Alene, ID  83816
Telephone: (208) 664-8115
Facsimile: (208) 644-6338
ausey.robnett@painehamblen.com

Attorneys for Defendants

The Honorable Fred Van Sickle

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
## AT SPOKANE

LEROY McKINNON,

          Plaintiff,

vs.

BNSF RAILWAY COMPANY,
a Delaware corporation,

          Defendant.

No.  CV-07-379-FVS

**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**

    THIS MATTER having come before the undersigned judge of the above entitled Court based upon the foregoing Stipulation and agreement of the parties herein, NOW THEREFORE,

ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE - 1

**PAINE HAMBLEN LLP**
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

1  IT IS HEREBY ORDERED that all claims be dismissed with prejudice and
2  without costs or attorney fees**.  (Ct. Rec. 15 is GRANTED)**
3
4  DONE THIS 1st day of December, 2008.
5
6                                          s/ Fred Van Sickle
                                            _____
7                                           Honorable Fred Van Sickle
                                            UNITED STATES DISTRICT JUDGE
8

ORDER RE:
STIPULATION FOR DISMISSAL WITH
PREJUDICE - 2

**PAINE HAMBLEN LLP**
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000